JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEANNE MURRAY,<br><br>    Plaintiff,<br><br>v.<br><br>MARIO DIEL et al.,<br><br>    Defendants. | Case No. 2:22-cv-07473-SB-KS<br><br>FINAL JUDGMENT |

Pursuant to the Court's Order Granting in Part Motion for Default Judgment entered separately this day, judgment is hereby entered in favor of Plaintiff Seanne Murray and against Defendant IKAR Holdings Limited in the amount of $295,320.

The clerk is directed to close the case. This is a final judgment.

Date: July 7, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

1